**Entered on Docket
January 24, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

In re
Paul C Lay,

Case No.: 11-10003
Chapter: 7

_____Debtor(s)._____/

**ORDER OF DISMISSAL**

The debtor(s) having been given notice on January 6, 2011, that this case might be dismissed if the debtor(s) failed to file certain documents as required by law and the debtor(s) having failed to either request a hearing or file the following:

> Schedules A-J,
> Statement of Financial Affairs,
> Certificate of Credit Counseling

IT IS ORDERED that the above Chapter 7 case is dismissed.

Dated: January 24, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge